FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2021

No. 04-21-00111-CV

Lisa **FLORES**,
Appellant

v.

Mario **DE LA OSSA** and Navy Federal Credit Union,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-24502
Honorable David A. Canales, Judge Presiding

# O R D E R

After we granted two extensions of time to file the brief, Appellant's brief was due on September 7, 2021. *See* TEX. R. APP. P. 38.6(a). However, to date, Appellant has not filed the brief or a motion for extension of time to file the brief.

We ORDER Appellant to show cause in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex. App.—San Antonio 1998, no pet.). Appellant's written response must include a reasonable explanation for Appellant's failure to timely file the brief. *See* TEX. R. APP. P. 38.8(a).

**If Appellant fails to show cause as ordered, this appeal will be dismissed without further notice.** *See id.* R. 42.3(b), (c); *Elizondo*, 975 S.W.2d at 63.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of September, 2021.

FILE COPY



MICHAEL A. CRUZ, Clerk of Court